## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Brian D. Blankenship | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  23 C 867 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| Outer Banks Capital, Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion for leave to file an amended complaint and to seal the original complaint, [4], is granted.  The amended complaint is already filed on the docket, [6].  After filing this motion, plaintiff emailed court staff with substantive questions.  To the extent plaintiff requests any action by the court, plaintiff should file any such requests on the docket rather than emailing.  As discussed in Seventh Amended General Order 21-0027 (N.D. Ill. Feb. 15, 2023), paragraph 3, pro se parties may submit filings electronically: "Pro se filers are encouraged to use the Clerk's Office's website to submit filings. The Clerk's Office will accept filings from pro se litigants via the portal found on the Court's website: https://www.ilnd.uscourts.gov/Pages.aspx?page=SubmitProSePDF. The submission must be in PDF format only and filers must comply with the instructions on the website. Submissions that do not comply with these requirements will not be reviewed and will not be considered a proper filing. The Court will no longer allow Pro Se Litigants to submit filings via email."  Further, as noted in paragraph 2 of the same General Order, motions must not be noticed for presentment. After the motion is filed, if a hearing is necessary, the court will notify the parties.  If plaintiff has further questions, plaintiff should contact the Hibbler Help Desk at (312) 702-8825, or www.ilnd.uscourts.gov, and click on the link Information for People Without Lawyers.

Date:  February 27, 2023                               /s/ Martha M. Pacold