**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Brian D. Blankenship | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 867 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| Outer Banks Capital, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The clerk of court is directed to amend the docket entries associated with the waivers of service, [11], [12], [13], [14], [15], to reflect that defendants' answers or other responsive pleadings are due by 4/28/2023, in accordance with Fed. R. Civ. P. 12(a)(1)(A)(ii).

Date: April 10, 2023                                              /s/ Martha M. Pacold