# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brian D Blankenship

                                      Plaintiff,

v.                                                                          Case No.: 1:23−cv−00867
                                                                           Honorable Martha M. Pacold

Outer Banks Capital, Inc, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' unopposed motion for an extension of time [19] is granted. Defendants to answer or otherwise plead to plaintiff's amended complaint, [6], by 5/5/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.