**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN D. BLANKENSHIP, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00867 |
| | ) | |
| v. | ) | Judge Martha M. Pacold |
| | ) | Magistrate Judge Maria Valdez |
| OUTER BANKS CAPITAL, INC. ET AL., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL
OF COMPLAINT**

Defendants Outer Banks Capital, Inc. ("Outer Banks"), Westward360, Inc. ("Westward360"), Nathan Brown ("Brown"), Brent Straitiff ("Straitiff"), and Ann Marie Reilly ("Reilly") (collectively, "Defendants") and Plaintiff Brian D. Blankenship ("Plaintiff") (Plaintiff with Defendants, the "Parties"), by and through Defendants' attorneys and Plaintiff, jointly move the Court to approve the settlement entered into by the Parties. In support of this Motion, the Parties state as follows:

1.     Plaintiff filed the Complaint against Defendants alleging sex discrimination, sexual harassment, and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Illinois Human Rights Act ("IHRA"), a violation of the Illinois Whistleblower Act, fraudulent inducement, and failure to pay Plaintiff commissions and insurance premiums in violation of the Illinois Wage Payment and Collection Act ("IWPCA").

2.     Plaintiff and Defendants engaged in extensive settlement discussions, which has

resulted in the Parties reaching agreement on the terms of a settlement as reflected in a Settlement Agreement and General Release ("Agreement"). The Parties acknowledge that the settlement encompasses all claims filed by Plaintiff against Defendants, including but not limited to sex discrimination, sexual harassment, retaliation under Title VII and the IHRA, whistleblower claims under the Illinois Whistleblower Act, fraudulent inducement, and failure to pay commissions and insurance premiums under the IWPCA.

3.  The Parties hereby seek leave to submit a copy of the Agreement to the Court for *in camera* review.  In the event that the Court determines that the Agreement must be filed, the Parties would request leave to file the Agreement under seal or with the pertinent financial terms redacted.

While the Parties seek to submit the Agreement for *in-camera* review to protect sensitive information, both Parties commit to a framework ensuring transparency and confidentiality are balanced. Should the Court require public filing, the Parties agree to file the Agreement under seal or with financial terms redacted, except as mandated by law or court order. The Parties further agree that confidentiality shall not preclude disclosures required for legal or regulatory compliance, provided such disclosures are made in a manner that minimally impacts the other party's privacy and business interests.

4.  Plaintiff also had a pending complaint against Outer Banks at the U.S. Department of Labor OSHA (OALJ Case No. 2023-ACA-00002, OSHA Case No. 5-2330-037) as well as a pending complaint against Outer Banks and individually-named Outer Banks defendants at the Illinois Department of Labor (Claim No. 22-0000336), all of which are part of the Parties' global settlement.  In connection with this global settlement, the Agreement was also submitted to the U.S. Department of Labor, who entered an order approving the settlement on April 23, 2024.

6. When an employee asserts a claim against his employer or former employer for wages under the IWPCA, any settlement of that claim requires a court to review the settlement for fairness. *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009).

7. The settlement reached by the Parties is fair to Plaintiff. The Parties disputed whether any commissions or insurance premiums were owed to Plaintiff, with Defendants contending Plaintiff was paid the commissions he was due and did not owe him insurance premiums because such premiums are not "wages" under the IWPCA, while Plaintiff contended that he was owed unpaid commissions, as well as insurance premiums because Defendants purportedly prevented him from enrolling in benefits at the time of his eligibility. The ultimate settlement amount reflects a compromise of the Parties' positions and reflects a significant payment to Plaintiff to resolve both his unpaid commissions and other litigation pending in other venues.

8. Accordingly, the Parties submit that the payment Plaintiff will be receiving pursuant to the settlement agreements fairly and reasonably compensates him for relinquishing his IWPCA claims.

9. The Parties submit that the settlement agreement was reached through arms' length negotiations between the Parties.

10. Accordingly, the Parties request the Court approve the settlement agreements as a fair and reasonable resolution of bona fide disputes over wages under the IWPCA.

11. Upon approval of the settlement agreement as fair and reasonable, the Parties request the dismissal of the suit, initially without prejudice and converting to one with prejudice after thirty (30) days, each party to bear its or their own costs and attorneys' fees except as provided for in the settlement agreement.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants respectfully request that this Court enter an Order: (i) approving the settlement agreement as a fair and reasonable resolution of bona fide disputes under the IWPCA, and (ii) dismissing this suit as set forth above and with each party to bear its or their own costs and attorneys' fees except as provided for in the Agreement.

Dated: April 24, 2024

Respectfully submitted,

BRIAN D. BLANKENSHIP

OUTER BANKS CAPITAL, INC., WESTWARD 360, INC., NATHAN BROWN, BRENT STRAITIFF, AND ANN MARIE REILLY

By: */s/ Brian D. Blankenship*
Brian D. Blankenship
2803 Brindle Court
Northbrook, IL 60062
(224) 804-7692
bdblankenship@outlook.com

By: */s/ Julia P. Argentieri*
Julia P. Argentieri
Kirsten A. Milton
Audrey Olson Gardner
Emma R. Graham
Jackson Lewis P.C.
150 N. Michigan Ave., Ste. 2500
Chicago, IL 60601
(312) 787-4949
Julia.Argentieri@jacksonlewis.com
Kirsten.Milton@jacksonlewis.com
Audrey.Gardner@jacksonlewis.com
Emma.Graham@jacksonlewis.com