**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Brian D Blankenship

Plaintiff,

v.

Case No.: 1:23−cv−00867
Honorable Martha M. Pacold

Outer Banks Capital, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

MINUTE entry before the Honorable Martha M. Pacold: The parties' joint motion for court approval of settlement and dismissal of complaint, [32], is granted. Based on the court's in camera review of the parties' settlement agreement, the court concludes that the settlement agreement, including the settlement of plaintiff's claims under the Illinois Wage Payment and Collection Act ("IWPCA"), is fair and reasonable. See Lewis v. Giordano's Enterprises, Inc., 921 N.E.2d 740, 751−53 (Ill. App. Ct. 2009). The case is dismissed without prejudice and with leave to reinstate by 5/27/24. If plaintiff does not file a motion to reinstate by 5/27/24, the dismissal will automatically convert to a dismissal with prejudice effective 5/28/24. Except as provided for in the settlement agreement, each party shall bear its own costs and attorneys' fees. All other pending motions are terminated as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.